# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL J. ALLEY, | : No. 3 MM 2015 |
| Petitioner | : |
| v. | : |
| STATE CIVIL SERVICE COMMISSION (WERNERSVILLE STATE HOSPITAL, DEPARTMENT OF PUBLIC WELFARE), | : |
| Respondent | : |

| | |
|---|---|
| MICHAEL J. ALLEY, | : No. 4 MM 2015 |
| Petitioner | : |
| v. | : |
| STATE CIVIL SERVICE COMMISSION (WERNERSVILLE STATE HOSPITAL, DEPARTMENT OF PUBLIC WELFARE), | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 11th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> and the Application for Appointment of Counsel are **DENIED**.